**Opinion issued November 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00927-CV

————————————

## IN RE AKHIL PATEL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

By petition for writ of mandamus, relator Akhil Patel challenges the trial court's order of October 21, 2013 granting a continuance of the hearing on his summary judgment motion.[1]

---

[1]  The underlying case is *Nadia Hussain v. Akhil Patel*, No. 2013-18455, in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

We **deny** relator's petition for writ of mandamus.  All outstanding motions are **dismissed as moot**.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.